# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rainey, John D. | U. S. District Court, Texas | 04/07/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

312 S. Main
Room 406
Victoria, TX 77901

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D. | 04/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1st Victoria National Bank (IRA) | A | Interest | | | Sold | 02/18/14 | L | A | see Part VIII |
| 2. Prosperity Bank (IRA) (X) | A | Interest | L | T | Open | 02/18/14 | L | | See Part VIII |
| 3. State Farm Insurance | A | Interest | L | T | | | | | |
| 4. Wells Fargo, Victoria, TX | A | Interest | O | T | | | | | |
| 5. Land, Edwards County, TX | | None | O | W | | | | | |
| 6. Fidelity Brokerage Services | | None | J | T | | | | | |
| 7. Fidelity Money Market | A | Int./Div. | J | T | | | | | |
| 8. Fidelity Brokerages Services IRA | | None | N | T | | | | | |
| 9. -T. Rowe Price Cap Appreciation | | | | | Sold | 10/09/14 | L | E | |
| 10. -Aberdeen Emerging Markets Instl. Fd. | | | K | T | | | | | |
| 11. -RS Global Natural Resources | | | | | Sold | 03/19/14 | J | B | |
| 12. -Keeley Small Cap Value Class A | | | | | Sold | 10/09/14 | K | D | |
| 13. -American Century Equity Income | | | | | Sold | 09/08/14 | J | C | |
| 14. -Harbor Internationl Institutional Fd | | | | | Sold | 10/08/14 | K | C | |
| 15. -Robeco Boston Prtns LG/SH Research Instl | | | K | T | | | | | |
| 16. -SPDR S&P 500 EFT Trust | | | L | T | Buy (add'l) | 10/09/14 | L | | |
| 17. -Spartan Intl. Investor Class | | | L | T | Buy (add'l) | 10/09/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Equinox Chesapeake Strategy Fund | | | J | T | | | | | |
| 19. -Blackrock Global | | | J | T | | | | | |
| 20. T. Rowe Price Cap Appreciation | B | Dividend | K | T | | | | | |
| 21. Harbor International Institutional Fd | A | Dividend | K | T | | | | | |
| 22. RS Global Resources CL A | | None | | | Sold | 09/08/14 | J | B | |
| 23. IShares TR MSCI Emerging MKTS | | None | | | Sold | 09/08/14 | J | A | |
| 24. Keeley Small Cap Value Class A | A | Dividend | J | T | | | | | |
| 25. Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 26. Twenty Express, Limited | D | Distribution | J | W | | | | | |
| 27. Nationwide Geneva Small Cap Growth | | None | | | Sold | 09/08/14 | K | C | see Part VIII |
| 28. Mainstay Marketfield Fund Class 1 | | None | | | Sold | 09/09/14 | K | A | |
| 29. Lazard Explorer Total Return Instl | | None | | | Sold | 12/31/14 | J | A | |
| 30. Columbia Acorn International | | None | | | Sold | 12/31/14 | J | A | |
| 31. Vanguard Small Cap Value Index Admiral (X) | | None | J | T | Buy | 03/19/14 | J | | |
| 32. Vanguard Mid-Cap Value Index Admiral (X) | | None | J | T | Buy | 03/19/14 | J | | |
| 33. Vanguard Dividend Growth Investor Cl (X) | | None | J | T | Buy | 03/19/14 | J | | |
| 34. Eagle MLP Srategy Fund CL (X) | | None | J | T | Buy | 03/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Eagle MLP Strategy Fund Cl (X) | | None | K | T | Buy (add'l) | 09/10/14 | K | | |
| 36. IShares Gold Trust Ishares (X) | | None | J | T | Buy | 03/19/14 | J | | |
| 37. Vanguard Small Cap Value Index Investor (X) | | None | K | T | Buy | 10/09/14 | K | | |
| 38. District Columbia Income Tax Rev Bds (X) | | None | K | T | Buy | 04/25/14 | K | | |
| 39. San Antonio Tex Wtr Rev (X) | | None | K | T | Buy | 05/02/14 | K | | |
| 40. Grand Prairie Tex ISD Ultd (X) | | None | K | T | Buy | 05/28/14 | K | | |
| 41. Vanguard Mid-Cap Value Index Admiral (X) | A | Dividend | K | T | Buy | 09/10/14 | K | | |
| 42. John Hancock Gl Abso Return Strats Cl (X) | | None | K | T | Buy | 09/10/14 | K | | |
| 43. Vanguard Developed Merkts Index Admiral (X) | | None | J | T | Buy | 12/31/14 | J | | |
| 44. Equinox Chesapeake Strategy Fund Cl (X) | | None | J | T | Buy | 12/31/14 | J | | |
| 45. BrainDead Brewing Deep Ellum, LLC (X) | | None | K | W | Buy | 03/26/14 | K | | |
| 46. Juniper Sharyland Ltd. (X) | | None | K | W | Buy | 10/29/14 | K | | |
| 47. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D. | 04/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 and 2, 1st Victoria National Bank was sold to Prosperity Bank.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John D. Rainey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544